IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SONYA BOLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:13-cv-0038 |
| v. ) | Chief Judge Haynes |
| ) | |
| NATIONAL HEALTHCARE/LEWISBURG, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been resolved.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 30th day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court